UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Deona Brownrigg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10133-DRH-PMF |
| *Yesmin Canterbury v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.3:09-cv-10038-DRH-PMF |
| *Tammi Connors v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10025-DRH-PMF |
| *Cindy Croce v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12867-DRH-PMF |
| *Kelly Hunter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10029-DRH-PMF |
| *Mary Long v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10104-DRH-PMF |
| *Brynne McGarry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10161-DRH-PMF |
| *Mary Mersereau v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10103-DRH-PMF |
| *Allison Piatt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10052-DRH-PMF |
| *Cynthia Robbins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13334-DRH-PMF |

| | |
|---|---|
| *Krystal Strother v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10015-DRH-PMF |
| *LaWanda Towns v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10086-DRH-PMF |
| *Rachelle Trevino v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10152-DRH-PMF |
| *Sharon Utke v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10102-DRH-PMF |
| *Sylvia Watson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12188-DRH-PMF |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulations of dismissal filed in this Court on August 31, 2012, the above cases are **DISMISSED** in their entirety with prejudice. Each party to bear their own attorneys' fees and costs.

NANCY J. ROSENSTENGEL,
CLERK OF THE COURT

BY:     /s/ Sandy Pannier

Deputy Clerk

DATED: September 4, 2012

APPROVED:

Digitally signed by David R. Herndon
Date: 2012.09.04 17:42:24 -05'00'

**CHIEF JUDGE**
**U. S. DISTRICT COURT**